UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:20-cr-86-TJC-JBT

JAMES PORTER

_____

## ORDER

**THIS CAUSE** is before the Court on James Porter's Unopposed Motion for Issuance of a Pretrial Subpoena *Duces Tecum* Pursuant to Fed. R. Crim. P. 17(c) ("Motion") (Doc. 408).[1] In the Motion, Defendant requests the Court's permission pursuant to Federal Rule of Criminal Procedure 17(c) for a subpoena *duces tecum* to be issued to RightCHOICE Managed Care, Inc. ("RightCHOICE"), to produce documents prior to trial. (*Id.*) Upon review, the Motion is due to be granted.

Accordingly, it is **ORDERED**:

1. The Motion (**Doc. 408**) is **GRANTED**.

2. The Clerk of Court is **DIRECTED** to issue a Rule 17 subpoena *duces tecum* to:[2]

---

[1] Although the Motion fails to comply with the typography requirements of Local Rule 1.08 (i.e., the margins are less than one inch and the font is twelve point Times New Roman), the Court has considered it. This serves as the parties' second warning that filings not in compliance with the Local Rules are subject to being stricken. (*See* Doc. 402 at 4 n.3.)

[2] "The clerk must issue a blank subpoena—signed and sealed—to the party requesting it, and that party must fill in the blanks before the subpoena is served." Fed. R. Crim. P. 17(a).

RightCHOICE Managed Care, Inc.
c/o Nathaniel Moore, Esq.
Robins Kaplan LLP
800 LaSalle Ave., Ste. 2800
Minneapolis, MN 55402

3. RightCHOICE is directed to produce the documents identified in paragraph one of the Motion.

4. RightCHOICE shall serve any objections to the subpoena **within 21 days of service thereof**, and shall otherwise respond to the subpoena **within 28 days of service thereof**.[3]

**DONE AND ORDERED** in Jacksonville, Florida on September 14, 2021.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record

---

[3] Although the Court is allowing the issuance of the subpoena, it will still consider any arguments made by RightCHOICE or the Government that the subpoena does not meet the requirements of Rule 17 or is otherwise objectionable.