IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA
v.                                                          3:20-cr-86-TJC-JBT

JAMES F. PORTER, JR., et al.

     Defendants.

_____/

**DEFENDANT JAMES F. PORTER, JR.'S ADDITIONAL SUPPLEMENT
AS TO PORTER'S MOTION TO COMPEL COMPLIANCE WITH
PRETRIAL SUBPOENA DUCES TECUM**

COMES NOW Defendant James F. Porter, Jr. ("Defendant Porter"), by and through his counsel, pursuant to Magistrate Judge Toomey's Order (Docket Number 491), hereby files his additional supplement regarding the resolution of issues raised in *Defendant James F. Porter, Jr.'s Motion to Compel Compliance with Pretrial Subpoena Duces Tecum* (Docket Number 454) ("Motion to Compel"). On December 1, 2021, Defendant Porter filed the Motion to Compel, requesting the Court to enter an Order to compel OfficeAlly's compliance with the Rule 17(c) subpoena *duces tecum* served to them on July 28, 2021. On January 5, 2022, pursuant to Judge Corrigan's Order (Docket Number 484), Defendant Porter filed *Defendant James F. Porter, Jr.'s Supplement as to Porter's Motion to Compel Compliance with Pretrial Subpoena Duces Tecum* (Docket Number 489) ("Supplement"), to update the Court on any resolution of the issues raised in Defendant Porter's Motion to Compel.

At the time Defendant Porter's Supplement was filed, Rachel Wolk, Manager of Site Operations and Senior Business Analyst at OfficeAlly, had promptly responded her team had found claims data for one of the accounts, but were still unable to find any such data for the other. After the Supplement was filed, Ms. Wolk emailed Defendant Porter's Counsel data reports for one of the accounts, and stated she would conduct further due diligence to verify if there were any other types of claims submitted under the account. However, Ms. Wolk stated even with the login and tax ID information, OfficeAlly could not find any claims data for the other account.

In a subsequent correspondence, Ms. Wolk updated Defendant Porter's Counsel she had received the remaining claims data for the account OfficeAlly was able to locate, but due to the size of the file it could not be sent via secure email. Defendant Porter has mailed a USB drive to accommodate the file size and is currently awaiting further data reports. Although significant progress has been made in locating the accounts and data reports have begun to be disseminated, Defendant Porter has yet to be provided all the subpoenaed information from OfficeAlly. Therefore, Defendant Porter is unable to withdraw his Motion to Compel at this time, but is working expeditiously with OfficeAlly to resolve the matter.

RESPECTFULLY SUBMITTED this 18th day of January, 2022.

**THE SCHWARTZ LAW GROUP, P.A.**

/s/ *Seth Schwartz*

_____

Seth Schwartz, Esquire
Florida Bar No.: 739421
Albert J. Tasker IV
Florida Bar No.: 743321
10365 Hood Road, Suite 104
Jacksonville, FL 32257
(904) 292-0222
(904) 292-0044 fax
service@flattorney.net
Counsel for Defendant James F. Porter, Jr.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a copy of the *Defendant James F. Porter, Jr.'s Additional Supplement as to Porter's Motion to Compel Compliance with Pretrial Subpoena Duces Tecum* was furnished this 18th day of January, 2022, to:

OfficeAlly-Office of the General Counsel
1300 SE Cardinal Court, Ste 190
Vancouver, WA 98683

**THE SCHWARTZ LAW GROUP, P.A.**

/s/ *Seth Schwartz*
_____
Seth Schwartz, Esquire

3