UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                          Case No. 3:20-cr-86-TJC-JBT

JAMES F. PORTER, JR.

## **VERDICT**

1. With regard to Count One of the Indictment, which charges Conspiracy to Commit Health Care Fraud and Wire Fraud, we, the Jury, find JAMES PORTER, JR.:

NOT GUILTY _____ GUILTY _____

If you found JAMES PORTER, JR. not guilty of Count One, skip the next question and proceed to consider Count Eight below.

If you found JAMES PORTER, JR. guilty of Count One, answer this question: We, the Jury, unanimously find the following to be the Object of the Conspiracy (choose one):

       _____ Health Care Fraud

       _____ Wire Fraud

       _____ Both Health Care Fraud and Wire Fraud

2. With regard to Count Eight of the Indictment, which charges Conspiracy to Commit Money Laundering, we, the Jury, find JAMES PORTER, JR.:

NOT GUILTY _____ GUILTY _____

3. With regard to Count Eleven of the Indictment, which charges Money Laundering, we, the Jury, find JAMES PORTER, JR.:

NOT GUILTY _____ GUILTY _____

4. With regard to Count Twelve of the Indictment, which charges Money Laundering, we, the Jury, find JAMES PORTER, JR.:

NOT GUILTY _____ GUILTY _____

5. With regard to Count Thirteen of the Indictment, which charges Money Laundering, we, the Jury, find JAMES PORTER, JR.:

NOT GUILTY _____ GUILTY _____

6. With regard to Count Fourteen of the Indictment, which charges Money Laundering, we, the Jury, find JAMES PORTER, JR.:

NOT GUILTY _____ GUILTY _____

7. With regard to Count Fifteen of the Indictment, which charges Money Laundering, we, the Jury, find JAMES PORTER, JR.:

NOT GUILTY _____ GUILTY _____

8. With regard to Count Sixteen of the Indictment, which charges Money Laundering, we, the Jury, find JAMES PORTER, JR.:

NOT GUILTY _____ GUILTY _____

9. With regard to Count Seventeen of the Indictment, which charges Money Laundering, we, the Jury, find JAMES PORTER, JR.:

NOT GUILTY _____ GUILTY _____

10. With regard to Count Eighteen of the Indictment, which charges Money Laundering, we, the Jury, find JAMES PORTER, JR.:

NOT GUILTY _____ GUILTY _____

11. With regard to Count Nineteen of the Indictment, which charges Money Laundering, we, the Jury, find JAMES PORTER, JR.:

NOT GUILTY _____ GUILTY _____

12. With regard to Count Twenty of the Indictment, which charges Money Laundering, we, the Jury, find JAMES PORTER, JR.:

NOT GUILTY _____ GUILTY _____

13. With regard to Count Twenty-One of the Indictment, which charges Money Laundering, we, the Jury, find JAMES PORTER, JR.:

NOT GUILTY _____ GUILTY _____

14. With regard to Count Twenty-Two of the Indictment, which charges Money Laundering, we, the Jury, find JAMES PORTER, JR.:

NOT GUILTY _____ GUILTY _____

SO SAY WE ALL,

| ███████████████████ | 6/27/2022 |
|---|---|
| FOREPERSON'S SIGNATURE | DATE |